

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-96,069-01

### EX PARTE MARQUIS DWAINE VISER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 93282-CR-A IN THE 300TH DISTRICT COURT
### FROM BRAZORIA COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of unlawful possession of a firearm by a felon and sentenced to fourteen years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to pursue a direct appeal. The trial court finds and concludes that Applicant invoked his right to appeal and was denied the right to appeal through no fault of his own. The trial court has determined that Applicant is entitled to pursue an out-of-time appeal. *Ex parte Riley,* 193 S.W.3d 900 (Tex. Crim. App. 2006).

Relief is granted. Applicant may file an out-of-time appeal of his conviction in cause number 93282-CR from the 300th District Court of Brazoria County. It appears that Applicant is represented

by counsel. If Applicant is not represented by counsel, then within ten days from the date of this Court's mandate the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     November 27, 2024
Do not publish